IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Polaris Renewal Services, Inc.,     :
           Appellant     :
                               :
           v.            :    No. 950 C.D. 2017
                               :
Fayette County Zoning Hearing     :
Board and Fay-Penn Economic     :
Development Council     :

## **O R D E R**

NOW, May 1, 2018, having considered appellee Fay-Penn Economic Development Council's application for reargument, and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge